ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BB Government Services Srl | )   ASBCA No. 63255 |
| | ) |
| Under Contract No. FA5682-18-C-0032 | ) |

APPEARANCE FOR THE APPELLANT:      Jonathan A. DeMella, Esq.
                                             Davis Wright Tremaine LLP
                                             Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter III, Esq.
                                             Air Force Deputy Chief Trial Attorney
                                           Maj Oladipo O. Odejide, USAF
                                             Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE SMITH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $66,091.04 payable through the Judgment Fund per 31 U.S.C. § 1304. This amount is inclusive of interest. No further interest shall be paid.

Dated: October 27, 2023

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                        I concur


RICHARD SHACKLEFORD                             OWEN C. WILSON
Administrative Judge                            Administrative Judge
Acting Chairman                                 Vice Chairman
Armed Services Board                            Armed Services Board
of Contract Appeals                             of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63255, Appeal of BB Government Services Srl, rendered in conformance with the Board's Charter.

Dated: October 27, 2023


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2